FILED
MAR 19 2026
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

**IN THE DISTRICT COURT IN AND FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **(1) SAMANTHA VON WALD,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **Case No.** 26 CV - 166 JFJ |
| **(1) AMAZON.COM SERVICES, INC., a Delaware corporation registered to do business in Oklahoma,** | ) | |
| **Defendant.** | ) | |

**COMPLAINT**

Plaintiff Samantha Von Wald ("Von Wald" or "Plaintiff") does hereby bring this complaint for violations of the Americans with Disabilities Act and retaliation against her employer, Defendant Amazon.com Services, Inc., a Delaware corporation registered to do business in Oklahoma ("Amazon" or "Defendant"). In support of this claim, Young alleges the following:

**Jurisdiction and Venue**

1. This Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1331 because Young's claims herein are based on federal statutes and thus involve a federal question.

2. This Court has venue because all acts giving rise to these claims occurred in Oklahoma County, Oklahoma.

**Parties**

3. Von Wald is a resident of Oklahoma County, Oklahoma.

4. Amazon is a Delaware corporation registered to do business in Oklahoma with a principal place of business located at 6801 South Airport Depot Boulevard, Oklahoma City,



Fees paid
1 Summons

Oklahoma. Amazon also has principal places of business in Tulsa County, Oklahoma.

**Material Facts**

5. Von Wald began working for Amazon in October of 2022 as an Associate at Amazon Doc 4 at the Amazon Fulfillment Center at 6801 South Airport Depot Boulevard, Oklahoma City, Oklahoma.

6. At the time Von Wald began working for Amazon she was making $17.00 an hour.

7. Over the course of her employment with Amazon her hourly wage increased to $21.20 an hour.

8. On March 31, 2024, Von Wald was injured while inducting on the dock that day. Her hand began to feel like it was getting weak and she couldn't hold her induct fun and her arm was throbbing.

9. Ultimately Ivan, the front line loader told her to complete an injury report and that she be in rotation inducting so her arm could get a rest.

10. At that time Stephanie Donahue was over on a computer, along with Ms. Dominique and Von Wald showed them her arm and they indicated they could see it was swollen and that the needed to take some time off from inducting. Hence, she was given two (2) days off from inducting and then put back to work doing it when she was staffed on the board.

11. The next couple of days Ricardo stopped her from working on inducting and told her he had received her incident report and because she had completed it they have a policy at Amazon where supervisors have to check on her and see how she is doing so he wanted to go ahead and do that on his computer. He asked her how her arm was and how she was feeling. Ricardo didn't explain to Von Wald that someone else should come by for the next 21 days

and ask her the same questions which would be documented in the computer.

12. In the next 21 day period, Von Wald was only checked on twice by Safety or anyone in management.

13. At no point at this time had Amazon sent Von Wald to a doctor to evaluate her injury.

14. On April 7, 2024, Von Wald decided to go to Ricardo and ask him about her assignments and to tell him she needed to see a doctor. This was the first time anyone at Amazon had filed a workers compensation claim for Von Wald. After this was completed she was then allowed to go to Concentra Urgent Care for treatment.

15. On April 10, 2024, Von Wald finally saw a doctor at Concentra who sent her back to Amazon with the following restrictions: No inducting. However, Amazon continued to assign Von Wald to induct off and on or be a straightener (also physically demanding) or work in the problem solving department depending upon who the manager was on a given day. In reality, Tatiana was the only manager who actually gave Von Wald a break, as ordered by Amazon's doctor, from inducting.

16. After a period of several months, Von Wald was removed from inducting and put on QA or Dock Problem Solving.

17. Once this move was accomplished Von Wald was better until Amazon kept putting her on QV on the racks which was against her weight restrictions and her arm was continuing to hurt and she had pain radiating up to her shoulder. Often Von Wald was assigned to jobs which did not accommodate her restrictions. Each time Von Wald would go to her manager, Stephen Bob, and explain that her restrictions were being violated.

18. On April 30, 2024, Von Wald went to the Safety Department to see if they had received her

updated medical paperwork, which she had given to Tatiana the day before she left early the day before in pain. James in Safety had become the new Safety contact. He told her at first that he had no received her updated medical paperwork and the he told her he had shredded her paperwork because it had her personal medical information on it and it was sitting on his desk. At this point, Von Wald concluded Safety was not paying attention to her restrictions so she went to see her manager, Stephen Bob, and he apologized and said he would get it fixed. Later that day Von Wald signed a new modification statement date 4/24-5/1/24. After almost the majority of her restrictions had expired Amazon decided to acknowledge her restrictions, at least on paper.

19. Following this encounter, Von Wald went to Human Resources because they finally had an office at her worksite. They corrected her unpaid leave (leave taken for doctors' appointments and physical therapy which had been treated as unauthorized time off) and discussed with her her work restrictions. Steven Bob participated in this conversation as well. Unfortunately, despite this meeting, Von Wald's time cards and work restrictions were not corrected.

20. From May 2, 2024 to May 8, 2024, Von Wald's schedule changed dramatically from working 10 hours a day to only 2.8 hours a day. The only difference was that Amazon was now acknowledging she had an open workers compensation claim. On May 8, 2024, Von Wald went to see her doctor and her restrictions remained the same.

21. On May 14, 2024, Von Wald reported to work even though she still had her restrictions in place. Her schedule told her to report to work at 1:20 am and work until 11:50 am but when she got to work she sat there for the first 30 minutes with no work assignment. Vicki was

putting names into places where people were being assigned to work but when she got to Von Wald's name she asked her if she was still under restrictions and Von Wald replied, "Yes." She then asked Von Wald if she was supposed to be at work and Von Wald again said, "Yes." Vivki then told her she could not see any of Von Wald's restrictions on the computer and she had to wait until Ricardo came in to talk to him about them. When he came in Von Wald went over to him, but she was concerned because he had previously been hateful to her one day when she reported to work and he claimed she should not have. He then told Von Wald she was not to work so she left at 1:45 am and went home totally confused. Von Wald called ERC and she filed a complaint with them. She reported back to work on May 15, 2024.

22. On May 21, 2024, Von Wald reported to work twice that day - 12:47 am and again at 6:13 am but she was only able to clock I at 6:33 am because she had to wait for Steven Bob to approve her schedule. Her restrictions had not changed. Von Wald sat in the break room until Human Resources came and talked to her about the ERC report she had filed and also about paperwork HR had apparently emailed to her and HR wanted her to take a day to write it out, although HR claimed she would be paid for 9 hours non-working. After not receiving this pay for 9 hours non-working, Von Wald sent HR another email because HR then no longer had an office at Von Wald's worksite.

23. Von Wald's work schedule was then modified to 9:00 am to 11:50 am.

24. On May 22, 2024, Von Wald received new hire orientation for traffic control so she could start working in that area but she was never trained and was put in that area to work almost immediately and expected to know what to do without any training. Von Wald requested

training on multiple occasions but never received any.

25. On June 4, 2024, Amazon gave Von Wald a Temporary Work Placement Acknowledgment giving her a restricted assignment as a part-time (9:00 am-11:50 am) as a Traffic Controller with modifications restricting her to no lift/carry/push/pull up to 20 lbs with her left arm and no repetitive motion with her left hand and forceful hand grip greater than 15 lbs.

26. The week before July 4th, Von Wald sent an email to Suzanne in HR after speaking with James in Safety about approval of her doctor's note/documentation and her schedule the following week. Von Wald also talked to her manager on the floor, Tatiana, who also sent an email to HR after not hearing from them concerning Von Wald either. Finally another manager instructed Von Wald to come in on her scheduled shift. When VonWald showed up, as instructed, she was asked if she was under restrictions to which she responded, "yes." Hence, she had to wait again for Ricardo to show up again and he put her off the clock due to her restrictions. Von Wald had learned, however, that she did not have to be put off the clock if she was scheduled to work a shift and so she told him she would like to be paid for the day so he put her into the dwelling department. Shortly thereafter Brandi, a new HR representative showed up and Von Wald discussed her situation with her and Brandi told her she could leave for the day but Von Wald wanted to stay until 8 because she had a doctor's appointment that day but she was still told to clock out and that she would take care of making sure she was paid for her time but Von Wald was only paid for the time she was there. Von Wald was also told that she could discuss her workers' compensation claim with her. But this too was contrary to what she had been previously told.

27. On July 16, 2024, Von Wald could no longer handle the confusion and constant run arounds

she was getting about her work schedule and accommodation of her restrictions so she called ERC again to file another formal complaint anonymously because she was afraid of retaliation. ERC gave her a call in code she could use to check on the status of her complaint but whenever she called back in using her code they told her they needed to know her full name in order to investigate her claim so she gave them her full name, after wanting to remain anonymous.

28. On July 19, 2024, Von Wald was working with Manager Angie and she told Von Wald HR wanted to talk to her so Von Wald went to see HR and she was told they had received her complaint which she made through ERC and they wanted to discuss it with her. This was day 2 of Von Wald working as a Route Auditor instead of working in traffic control as had been discussed. Angie then asked to schedule a meeting with Von Wald, Steve Bob, the Regional HR manager and Steve Bob's manager and Von Wald agreed to this.

29. On August 11, 2024, Von Wald went to work as a traffic controller. No one was working on pad 1 (out of 3 pads), but vehicles were still being released. No communication people were working on the pad while releasing vans. Von Wald reported this to HR. Daniel said he would check on it and get back to Von Wald but she heard nothing.

30. The following day, August 12, 2024, Von Wald went to work and talked to the head of RTS. A co-worker, Ben, told her about the stuff that had been happening at work on the pad and how they were bringing people there while the pad was also being loaded. He asked if he could come show her the 20 feet distance, but he didn't and Safety showed up out on the pad and asked Von Wald how it was going and how her arm was doing and also thanked her for keeping her vest zipped up. It still was not safe for employees on the pad.

31. August 13, 2024, Von Wald went to work and was assigned to pad 3 and she talked to the lead on that pad. She told him that she was trained only one time to be on pad 3 and that she wasn't really sure how it worked but she was willing to do it if she could be given some basic steps to follow. She told Von Wald that someone would be out on the pad with her, Jeremy. No one pointed out anything to her and safety violations were occurring daily. Von Wald did not feel safe. Amazon had made it perfectly clear to her that this was her only option for continuing to work. Even Amazon management ignored some of these pleas for assistance and a safer working environment.

32. August 22, 2024 was Von Wald's first day back to work this week and she went and spoke to Daniel in HR to ask to have time off for a doctor's appointment added back to her paycheck. It was also the first time she met manager Charlie and he asked her if she could train someone on pad 2 the following day

33. On August 28, 2024 Von Wald reported to work and all her UPT had been taken away so she went to speak again to Daniel in HR and asked to have her time reinstated to her. Von Wald's time seeing a doctor for her workers compensation injury was not to have been deducted from her UPT account. Daniel did return 9 hours of that time. Von Wald also showed him a note dated 8/22/24 which was from Safety. Von Wald was waiting to be notified of an appointment time for an EMG to evaluate her injury. Once she was notified she shared that documentation with Safety and HR. Shortly thereafter Isaac, the head of Safety, came and found Von Wald in the break room and he told her that technically she was not supposed to be on accommodations because they ended when she did not have an updated letter from her doctor. Von Wald explained she had been waiting on getting her

EMG scheduled. Isaac was adamant Von Wald talk to someone that day and get documentation. He insisted she return to a normal shift without accommodations until she received that documentation. Von Wald informed him she was still in pain. Finally Isaac extended her accommodations one week waiting for the documentation. As Von Wald was working she began to feel pain in her arm and her shoulder. The pain became intense and she asked to leave work and went to Urgent Care where she was prescribed more medication for her arm and shoulder.

34. In early September, 2024, Von Wald was denied pay again. Finally, however, it was reinstated to her after again having to meet with HR. Constantly Von Wald was informed at the very last minute of scheduling changes imposed allegedly as a result of her accommodations. Repeatedly Von Wald was paid only for the hours she worked, instead of the nonworking hours she was not scheduled as a result of her accommodations, imposing a significant financial hardship on her and her family.

35. On September 27, 2024 Von Wald was working on the pad at 11:08 am and a driver on pad 1 did not get the all clear and was not released to move his truck. Nevertheless he pulled out while Von Wald was moving the cone from pad 2. Von Wald was almost hit by this truck. Another coworker screamed very loudly at the driver and pulled Von Wald out of the way. Von Wald ultimately reported this situation to manager Steven Bob.

36. Not only was Von Wald dealing with a work-related injury to her left arm and shoulder, which was not being proactively treated and lost pay from this injury, she was also dealing with serious safety concerns related to her new position as a traffic controller on the pads at Amazon.

37. Finally on October 11, 2024, 3 DA associates were on the pads to help drivers load, along with personnel from Safety, including the manager Steven Bob. At 9:53 am one of the bosses in a red vest was on Von Wald's pad 2 with no vest, which is a recordable offense for any employee on the pad. The presence of these associates, Safety personnel and management made Von Wald feel for the first time that they had observed the multiple safety problems on the pads, despite her multiple postings on the Voice board expressing these concerns.

38. On October 15, 2024 Von Wald reached out to HR again complaining about the constant problems with her schedule and pay. The response from HR was less than helpful. It said "You should follow the approved accommodation schedule [the schedule which kept changing]. We can refund UPT or fix any errors made by the accommodations team but you are approved for a specific schedule by the site and by the accommodations team. Just want to reiterate: follow your approved accommodation schedule." On October 21, 2024, Von Wald's UPT was deducted again. Daniel refunded her UPT and adjusted her schedule until her restrictions end date. He also refunded all UPT hours deducted for the previous week, putting her current balance at 11:29 hours. There is a major disconnect in Amazon as to who is responsible for employees who have suffered work-related injuries.

39. Finally on October 29, 2024, Von Wald was scheduled to have her first surgery on her arm on November 11, 2024, with a post-operative visit on November 26, 2024. On November 27, 2024, Von Wald was not released to work by her physician. Von Wald has had several additional surgeries which have not resulted in correcting her injury. Since then her initial workers compensation claim has been expanded to include her left hand, left arm, left elbow, left shoulder and she is now awaiting the addition of her neck to her claim.

40. The Amazon physician believes she has reached maximum medical improvement with her left hand, left arm, left elbow, and left shoulder; however, she continues to experience pain with all of these body parts and is awaiting the addition of her neck, at the recommendation of the Amazon physician.

**COUNT ONE - VIOLATION OF THE ADA**

41. Von Wald restates the allegations in paragraphs 1-40 above.

42. Von Wald is an individual with a qualifying disability which impacts her ability to lift, push and pull, squat or climb stairs or ladders.

43. Von Wald requested reasonable accommodations from Amazon in order to continue to work for Amazon.

44. Von Wald's requests for reasonable accommodations from Amazon were denied.

45. Other positions were available at Amazon which would have accommodated her disabilities.

46. At no time did Amazon engage in the interactive process in order to attempt to accommodate her disabilities.

47. As a result of Amazon's failure to reasonably accommodate Von Wald's requests for reasonable accommodation and engage in the interactive process, Von Wald has lost pay (back pay and front pay), benefits, experienced anxiety and depression and been forced to incur legal fees.

**COUNT TWO - RETALIATION (ADA)**

48. Von Wald restates the allegations in paragraphs 1-47 above.

49. Von Wald's repeatedly reported to her managers, HR and the ERC at Amazon her multiple complaints with how her restrictions and pay were being negatively affected.

50. Despite these repeated reports, Von Wald received no results from Amazon which were satisfactory or in compliance with the ADA.

51. In fact, some managers at Amazon chose to make Von Wald's work experience more difficult by refusing her training, etc while she was on workers compensation.

52. As a result of these retaliatory practices, Von Wald has lost pay (back pay and front pay), benefits, experienced anxiety and depression and been forced to incur legal fees.

Respectfully submitted,

*s/ Jean Walpole Coulter*
Jean Walpole Coulter, OBA # 9324
Jean Walpole Coulter & Associates, Inc.
819 East Dewey Ave.
Sapulpa, OK 74066
918-230-8122
Jcoulter@jeancoulterlaw.com